UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK WAYNE DOUGLAS                               CIVIL ACTION

VERSUS                                              NO. 08-5122

WARDEN BOOK, WARDEN HINES                           SECTION "N"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Derrick Wayne Douglas is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 22nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE